ANGELO MOGLIA, Appellant, v. MARY CLARK, Respondent.— From an order granting defendant's motion for judgment on the pleadings and the judgment entered upon such order dismissing the plaintiff's complaint, the plaintiff appeals. Order and judgment reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The complaint alleges the conveyance of real property to the defendant-daughter of the plaintiff, relying upon her oral promise to hold the property in trust for certain specified purposes definitely alleged, and that the defendant has repudiated her promise, sold the property and claims absolute ownership of the proceeds. These allegations, if proven, are sufficient to establish a constructive trust and the plaintiff is entitled to relief in equity. (*Sinclair* v. *Purdy*, 235 N. Y. 245.) To hold otherwise would result in unjust enrichment under cover of the relation of trust and confidence. (*Foreman* v. *Foreman*, 251 N. Y. 237.) The fact that the alleged agreement is not in writing will not prevent recovery. (*Goldsmith* v. *Goldsmith*, 145 N. Y. 313.) Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

NEW YORK PLUMBERS' SPECIALTIES Co., INC., Respondent, v. LOUIS O. MIDGETTE, Appellant, and MAY MIDGETTE, Defendant.— In an action in replevin to recover possession of certain plumbing fixtures sold by plaintiff under a conditional sale agreement, and installed by a subcontractor in defendants' house, judgment of the County Court of Nassau county in favor of plaintiff against defendant Louis O. Midgette unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

RICHARD J. O'CONNELL, JR., Respondent, v. WESTINGHOUSE X-RAY COMPANY, INC., Appellant.— Order granting plaintiff's motion for a preference in a personal injury action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MICHAEL ARINSKY, Appellant.— The defendant was convicted in the County Court, Nassau county, of the crimes of sodomy and assault in the second degree. Judgment of conviction and orders unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.